JOHN M. GARRICK, ESQ. (BAR NO. 108321)
MELISSA A. IMMEL, ESQ. (BAR NO. 137082)
ANDREW K. DOTY, ESQ. (BAR NO.135054)
IVERSON, YOAKUM, PAPIANO & HATCH
624 South Grand Avenue, 27th Floor
Los Angeles, California 90017
(213) 624-7444 - (213) 629-4563 (Fax)

Attorneys for Defendant
ALDERWOODS GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MAGSARILI and TONY MAGSARILI, on behalf of themselves and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SERVICE CORPORATION INTERNATIONAL, ALDERWOODS GROUP, INC., STEWART ENTERPRISES, INC., HILLENBRAND INDUSTRIES, INC. and BATESVILLE CASKET COMPANY<br><br>Defendants. | Case No. C 05 2792 MEJ<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT |

## STIPULATION

WHEREAS, on July 8, 2005, plaintiffs filed a Complaint in the above-captioned Court;

WHEREAS, on or about July 11, 2005, plaintiffs served the Complaint upon Alderwoods Group, Inc. ("AGI") and a response to the Complaint would have been due on or before August 1, 2005;

///

**WHEREAS**, on or about July 19, 2005, plaintiffs served the Complaint upon Service Corporation International ("SCI") and a response to the Complaint would have been due on or before August 8, 2005;

**WHEREAS**, on or about July 18, 2005, plaintiffs served the Complaint upon Stewart Enterprises, Inc. ("Stewart") and a response to the Complaint would have been due on or before August 8, 2005;

**WHEREAS**, on or about July 13, 2005, plaintiffs served the Complaint upon Hillenbrand Industries, Inc. ("Hillenbrand") and a response to the Complaint would have been due on or before August 2, 2005;

**WHEREAS**, on or about July 11, 2005, plaintiffs served the Complaint upon Batesville Casket Company, Inc. ("Batesville") and a response to the Complaint would have been due on or before August 1, 2005;

**WHEREAS**, the Complaint in the above referenced matter is a purported class action that is substantially similar and involves the same defendants as the purported class action entitled Funeral Consumer Alliance, Inc., et.al. v. Service Corporation International, et. al. Case No. C 05 01804 JL ("FCA case") previously filed in the above entitled court;

**WHEREAS**, all defendants in the FCA case have moved to dismiss the FCA case pursuant to Federal Rule of Civil Procedure 12(b)(6);

**WHEREAS**, the defendants in the above referenced matter contemplate filing Motions to Dismiss that are very similar, if not nearly identical, to the ones filed in the FCA case;

**WHEREAS**, the parties agree that it would serve the interests of judicial economy to await the outcome of the Motions to Dismiss in the FCA case prior to responding to the complaint in the above captioned matter;

**WHEREAS**, the hearings on the Motions to Dismiss in the FCA case are set for September 8, 2005;

///

WHEREAS, on July 28, 2005, plaintiffs agreed to grant AGI, SCI, Stewart, Hillenbrand and Batesville an extension of time to answer or otherwise respond to plaintiffs' Complaint so that defendants must now answer or otherwise respond to the Complaint on or before September 22, 2005.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that AGI, SCI, Stewart, Hillenbrand and Batesville may have up to and including September 22, 2005 to answer or otherwise respond to plaintiffs' Complaint.

DATED: July 29, 2005          IVERSON, YOAKUM, PAPIANO & HATCH

BY: _____
JOHN M. GARRICK
MELISSA A. IMMEL
Attorneys for Defendant
ALDERWOODS GROUP, INC.

Dated: July ___, 2005          HOWREY LLP

By: _____
ROBERT E. GOODING, JR.
Attorneys for Defendant
STEWART ENTERPRISES, INC.

Dated: July 29, 2005          BRACEWELL & GIULIANI LLP

By: _____
J. CLIFFORD GUNTER, III
ANDREW M. EDISON
Attorneys for Defendant Service
CORPORATION
INTERNATIONAL

WHEREAS, on July 28, 2005, plaintiffs agreed to grant AGI, SCI, Stewart, Hillenbrand and Batesville an extension of time to answer or otherwise respond to plaintiffs' Complaint so that defendants must now answer or otherwise respond to the Complaint on or before September 22, 2005.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that AGI, SCI, Stewart, Hillenbrand and Batesville may have up to and including September 22, 2005 to answer or otherwise respond to plaintiffs' Complaint.

DATED: July 29, 2005

IVERSON, YOAKUM, PAPIANO & HATCH

BY: _____
JOHN M. GARRICK
MELISSA A. IMMEL
Attorneys for Defendant
ALDERWOODS GROUP, INC.

Dated: July 29, 2005

HOWREY LLP

By: _____
ROBERT E. GOODING, JR.
Attorneys for Defendant
STEWART ENTERPRISES, INC.

Dated: July ___, 2005

BRACEWELL & GIULIANI LLP

By: _____
J. CLIFFORD GUNTER, III
Attorneys for Defendant Service
CORPORATION
INTERNATIONAL

IVERSON, YOAKUM,
PAPIANO & HATCH

3

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME

| | | |
|---|---|---|
| 1 | Dated: July 29, 2005 | BOIES, SCHILLER & FLEXNER LLP |
| 2 | | |
| 3 | | By: _/s/ John Cove / S.T._ |
| 4 | | JOHN F. COVE, JR. |
| | | Attorneys for Defendant |
| 5 | | HILLENBRAND INDUSTRIES, INC. |
| 6 | Dated: July 29, 2005 | BOIES, SCHILLER & FLEXNER LLP |
| 7 | | |
| 8 | | By: _/s/ John Cove / S.T._ |
| 9 | | JOHN F. COVE, JR. |
| | | Attorneys for Defendant |
| 10 | | BATESVILLE CASKET COMPANY, INC. |
| 11 | | |
| 12 | Dated: July 29, 2005 | HAGENS BERMEN SOBOL SHAPIRO, LLP |
| 13 | | |
| 14 | | By: _/s/ George W. Sampson_ |
| 15 | | GEORGE W. SAMPSON |
| | | Attorneys for Plaintiffs |

### ~~[PROPOSED]~~ ORDER

Good cause appearing therefore and upon the stipulation of the Parties,

IT IS THEREFORE ORDERED that Defendants AGI, SCI, Stewart, Hillenbrand and Batesville have up to and including September 22, 2005 to answer or otherwise respond to plaintiffs' complaint:

DATED: August 1, 2005           _/s/ Judge Maria-Elena James_
~~UNITED STATES DISTRICT JUDGE~~
United States Magistrate Judge

IVERSON, YOAKUM, PAPIANO & HATCH

4

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME